UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **VITTORIA M. MENDOZA,** | ) | Bankruptcy No. 14-40147 DRC |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 14, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

DAVID H CUTLER
CUTLER & ASSOCIATES, LTD.
8430 GROSS POINT RD, STE 201
Skokie, IL 60077

**VIA REGULAR MAIL**

MENDOZA, VITTORIA M
1183 OXFORD LANE
SOUTH ELGIN, IL 60177

Internal Revenue Service -
PO Box 7346
Philadelphia, PA 19101-7346

Capital Recovery V, LLC
c/o Recovery Management
Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

American InfoSource LP as
agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Quantum3 Group LLC as agent
for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788


/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste. I
Wheaton, IL 60187
Phone: (630) 510-0000