**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MENDOZA, VITTORIA M § Case No. 14-40147
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $6,050.00              Assets Exempt: $6,050.00
(without deducting any secured claims)

Total Distribution to Claimants: $6,353.89     Claims Discharged
                                               Without Payment: $2,311.62

Total Expenses of Administration: $8,646.11
```

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,646.11 | 8,646.11 | 8,646.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,471.58 | 3,471.58 | 3,471.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,193.93 | 5,193.93 | 2,882.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $17,311.62 | $17,311.62 | $15,000.00 |

4) This case was originally filed under Chapter 7 on November 04, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017        By: /s/THOMAS E. SPRINGER, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible fraudulent transfer | 1241-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 3.80 | 3.80 | 3.80 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 5,930.00 | 5,930.00 | 5,930.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 13.65 | 13.65 | 13.65 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.78 | 20.78 | 20.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.62 | 23.62 | 23.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.72 | 20.72 | 20.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.54 | 23.54 | 23.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,646.11 | $8,646.11 | $8,646.11 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service - 1/11 | 5800-000 | N/A | 3,471.58 | 3,471.58 | 3,471.58 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,471.58 | $3,471.58 | $3,471.58 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 2,947.02 | 2,947.02 | 1,635.41 |
| 2U | Internal Revenue Service - 1/11 | 7100-000 | N/A | 243.07 | 243.07 | 134.89 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,344.33 | 1,344.33 | 746.02 |
| 4 | Capital Recovery V, LLC | 7100-000 | N/A | 659.51 | 659.51 | 365.99 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,193.93 | $5,193.93 | $2,882.31 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-40147  
**Case Name:** MENDOZA, VITTORIA M

**Period Ending:** 03/14/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/04/14 (f)  
**§341(a) Meeting Date:** 12/01/14  
**Claims Bar Date:** 10/29/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking - Harris Bank | 1,400.00 | 0.00 | | 0.00 | FA |
| 2 | Personal possessions in home at liquidation valu | 750.00 | 0.00 | | 0.00 | FA |
| 3 | Personal clothing | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2002 Chevy Monte Carlo 170,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2002 Hyndai Santa Fe (daughter's car) 150,000 mi | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Possible fraudulent transfer (u)<br>Debtor and wife sold residence and transferred $150,000 to Debtor's parents | 150,000.00 | 150,000.00 | | 15,000.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$156,050.00** | **$150,000.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sent a demand letter to the Debtor's parents for turnover of funds received from 2014 from the sale of the Debtor's residence. The amount transferred was $150,000 but becasue claims in the case only total $8,665.51, the Trustee demanded turnover of $15,000 to pay all claims, trustee fees and attorney fees in full. Trustee has not recieved a response and will be filing an adversary complaint.

**Initial Projected Date Of Final Report (TFR):** March 15, 2017  **Current Projected Date Of Final Report (TFR):** September 13, 2016 (Actual)

Printed: 03/14/2017 01:44 PM    V.13.30

Case 14-40147    Doc 35    Filed 03/28/17    Entered 03/28/17 15:46:55    Desc Main
Document      Page 6 of 7

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-40147  
**Case Name:** MENDOZA, VITTORIA M  
**Taxpayer ID #:** **-***4071  
**Period Ending:** 03/14/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****780966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/19/16 | {7} | Marena M. Mendoza | Settlement Pursuant to Order of May 13, 2016 | 1241-000 | 15,000.00 | | 15,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.78 | 14,969.22 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.62 | 14,945.60 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.72 | 14,924.88 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.54 | 14,901.34 |
| 11/11/16 | 101 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 14,551.34 |
| 11/11/16 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $5,930.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,930.00 | 8,621.34 |
| 11/11/16 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $13.65, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 13.65 | 8,607.69 |
| 11/11/16 | 104 | Internal Revenue Service - 1/11 | Dividend paid 100.00% on $3,471.58; Claim# 2P; Filed: $3,471.58; Reference: | 5800-000 | | 3,471.58 | 5,136.11 |
| 11/11/16 | 105 | American InfoSource LP as agent for | Dividend paid 55.49% on $2,947.02; Claim# 1; Filed: $2,947.02; Reference: | 7100-000 | | 1,635.41 | 3,500.70 |
| 11/11/16 | 106 | Internal Revenue Service - 1/11 | Dividend paid 55.49% on $243.07; Claim# 2U; Filed: $243.07; Reference: | 7100-000 | | 134.89 | 3,365.81 |
| 11/11/16 | 107 | Quantum3 Group LLC as agent for | Dividend paid 55.49% on $1,344.33; Claim# 3; Filed: $1,344.33; Reference: Stopped on 02/10/17 | 7100-000 | | 746.02 | 2,619.79 |
| 11/11/16 | 108 | Capital Recovery V, LLC | Dividend paid 55.49% on $659.51; Claim# 4; Filed: $659.51; Reference: | 7100-000 | | 365.99 | 2,253.80 |
| 11/11/16 | 109 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,253.80 | 0.00 |
| | | | Dividend paid 100.00% on $2,250.00; Claim# ; Filed: $2,250.00 | 2100-000 | 2,250.00 | | 0.00 |
| | | | Dividend paid 100.00% on $3.80; Claim# ; Filed: $3.80 | 2200-000 | 3.80 | | 0.00 |
| 02/10/17 | 107 | Quantum3 Group LLC as agent for | Dividend paid 55.49% on $1,344.33; Claim# 3; Filed: $1,344.33; Reference: Stopped: check issued on 11/11/16 | 7100-000 | | -746.02 | 746.02 |
| 02/10/17 | 110 | Quantum3 Group LLC as agent for | Uniform Claim Identifier: Q1449823442 | 7100-000 | | 746.02 | 0.00 |

Subtotals : $15,000.00  $15,000.00

{} Asset reference(s)

Printed: 03/14/2017 01:44 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-40147  
**Case Name:** MENDOZA, VITTORIA M  
**Taxpayer ID #:** **-***4071  
**Period Ending:** 03/14/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****780966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$15,000.00** | **$15,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****780966** | 15,000.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)

Printed: 03/14/2017 01:44 PM　　V.13.30